IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM WADE WALLER CO. d/b/a
OUTONTHEROCK.COM                                                           PLAINTIFF

v.                                         No. 4:10CV764 GTE

NEXSTAR BROADCASTING, INC.
and
RK COLLECTIONS, INC.                                                       DEFENDANTS

**STATEMENT OF UNDISPUTED MATERIAL FACTS OF
<u>DEFENDANT NEXSTAR BROADCASTING, INC.</u>**

Pursuant to Local Rule 56.1, defendant Nexstar Broadcasting, Inc. ("Nexstar") presents this statement of undisputed material facts in support of its motion for summary judgment on count II of plaintiff's complaint:

1. Plaintiff William Wade Waller Co. ("WWW") operates a website, OutontheRock.com, that contains pictures and information about social events in Little Rock. On October 22, 2009, WWW sent its photographer, Joanna Tilley, to photograph a fashion show sponsored by RK Collections, Inc. ("RK"), a local clothing boutique. The fashion show was held at Sticky Fingerz, a night club located in the River Market area.

2. Plaintiff alleges – and for purposes of this motion Nexstar assumes to be true - that RK downloaded seven photographs of the fashion show from the OutontheRock.com website and then provided them to KARK-TV, a television station owned by Nexstar, for production of a television commercial; and that Nexstar aired a commercial for Nexstar containing the seven pictures during November and December 2009.

3. In count II of his complaint, plaintiff alleges violations of 17 U.S.C. §§ 1201 and 1202.

4. Plaintiff has no evidence that Nexstar committed any conduct violative of those provisions. (Waller Dep. at 9, 31-32, Ex. A.)

>QUATTLEBAUM, GROOMS,
>    TULL & BURROW PLLC
>111 Center Street, Suite 1900
>Little Rock, AR 72201
>(501) 379-1700
>FAX (501) 379-1701
>
>By: /s/ *Charles L. Schlumberger*
>     Charles L. Schlumberger (79253)
>     cschlumberger@qgtb.com
>
>*Attorneys for Nexstar Broadcasting, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2011, I caused the foregoing to be filed on the Court's CM/ECF system, and copies were served through that system on all counsel of record.

>   /s/ *Charles L. Schlumberger*
>   Charles L. Schlumberger