# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**WILLIAM WADE WALLER CO., d/b/a**            **PLAINTIFFS**
**OUTONTHEROCK.COM**

**V.**            **NO. 4-10-CV-00764 GTE**

**NEXSTAR BROADCASTING, INC.,**
**d/b/a KARK TELEVISION, and**
**RK COLLECTIONS, INC.**            **DEFENDANTS**

## JUDGMENT

Pursuant to the Court's Order entered in this matter on this same date, it is hereby

CONSIDERED, ORDERED, AND ADJUDGED that the Complaint of Plaintiff William Wade Waller Co. d/b/a OUTONTHEROCK.COM, be, and it is hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this _6th_ day of July, 2011.

           _/s/Garnett Thomas Eisele_____
           UNITED STATES DISTRICT JUDGE